IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>HANSEN, EDWARD W<br>CASH-HANSEN, CHRISTINE I.<br><br>        Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-72249 MB<br><br>Judge MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on 09/20/07. The Trustee was appointed on 09/20/07. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of \ is as follows:

   a. RECEIPTS (See Exhibit C)                    $        1,892.40
   b. DISBURSEMENTS (See Exhibit C)               $            0.00
   c. NET CASH available for distribution         $        1,892.40
   d. TRUSTEE/PROFESSIONAL COSTS

      1.    Trustee compensation requested (See Exhibit F)    $ 473.10
      2.    Trustee Expenses (See Exhibit F)    $ 0.00
      3.    Compensation requested by attorney or other professionals for trustee (See Exhibit F-1)    $ 3,184.39

  c.    Illinois Income Tax for Estate (See Exhibit G)    $ 0.00

5.    The Bar Date for filing unsecured claims expired on.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

  a.    Allowed unpaid secured claims    $ 0.00

  b.    Chapter 7 Administrative and 28 U.S.C. §1930 claims    $ 3,657.49

  c.    Allowed Chapter 11 Administrative Claims    $ 0.00

  d.    Allowed priority claims    $ 41,872.02

  e.    Allowed unsecured claims    $ 522,162.83

  f.    Surplus return to debtor    $ 0.00

7.    Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.    Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $3,184.39. The total of Chapter 7 professional fees and expenses requested for final allowance is $3,184.39.

9.    A fee of $1,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:   April 1, 2008            /s/Stephen G. Balsley
                                 STEPHEN G. BALSLEY
                                 6833 STALTER DRIVE
                                 ROCKFORD, IL 61108
                                 (815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
HANSEN, EDWARD W
CASH-HANSEN, CHRISTINE L

CASE NO. 07-72249 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, STEPHEN G. BALSLEY, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,892.40 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 1,892.40 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $1,892.40 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 473.10 | 244.78 |
| | Stephen G. Balsley, Attorney for Trustee | 2,867.00 | 1,483.40 |
| | Stephen G. Balsley, Expenses Attorney for Trustee | 317.39 | 164.22 |
| | TOTAL | $ | 1,892.40 |

c. $0.00 for priority creditors, in the order specified in 11 U.S.C. §507(a)(1)(B)-(a)(10), itemized as follows:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | $41,872.02 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 2 | Internal Revenue Service | 6,540.66 | 0.00 |
| 3 | Wisconsin Department of Revenue | 35,331.36 | 0.00 |
| | TOTAL | $ | 0.00 |

d. $0.00 for general unsecured creditors who have filed claims allowed in the total amount of $522,162.83, yielding a dividend of 0.00%, as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $522,162.83 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 4 | Frontier Leasing | 200,609.35 | 0.00 |
| 5 | NetBank Business Finance | 11,054.42 | 0.00 |
| 6 | Sallie Mae | 24,745.03 | 0.00 |
| 7 | BLC Community Bank | 285,634.32 | 0.00 |
| 2.1 | Internal Revenue Service | 119.71 | 0.00 |
| | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 1 | Ford Motor Credit Company, LLC<br>Drawer 55-55000<br>Detroit, MI 482550953 | $ 14,526.74 | Disallowed for purposes of distribution |
| Secured | 8 | Gerald M. Bauman and Shirley M. Bauman<br>c/o Attorney Bradley J. Waller | $ 187,471.15 | Disallowed for purposes of distribution |

| | | | | |
|---|---|---|---|---|
| Secured | 7.1 | 2045 Aberdeen Court<br>Sycamore, IL 60178<br>BLC Community Bank<br>c/o Attorney Paul S. Godlewski<br>One Court Place, Suite 103<br>Rockford, IL 61101 | $ 165,000.00 | Disallowed for purposes of distribution |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:   April 1, 2008              /s/Stephen G. Balsley
                                    STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 244.78 | $ 473.10 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 1,483.40 | $ 2,867.00 |
| Stephen G. Balsley, Expenses Attorney for Trustee | $ 0.00 | $ 164.22 | $ 317.39 |
| **TOTALS** | $ 0.00 | $ 1,892.40 | $ 1,892.40 |

## EXHIBIT A

## TASKS PERFORMED

### EDWARD W. HANSEN and CHRISTINE L. CASH-HANSEN
### CHAPTER 7 BANKRUPTCY CASE NO. 07-72249

The Trustee took possession of two parcels of real estate in Beloit, Wisconsin, and listed them for sale. During the course of administration, the Trustee discovered a previously undisclosed lien on the properties. The Trustee was unable to obtain an offer to purchase the properties for a sufficient amount of money to pay the lien holders in full. The Trustee subsequently discussed relief from the automatic stay with the first lien holder on the properties, and agreed to the relief considering the lack of equity in the properties. The Trustee directed potential buyers of the properties to the lien holder. The only assets in the estate are a result of collection of rents. There are no funds available for distribution to creditors. There are only funds available to pay about 52% of administrative expenses requested.

SGB:vcg

**Form 1**
**Individual Estate Property Record and Report**
**Asset Cases**

EXHIBIT B

Page: 1

| Case Number: | 07-72249 MB | Trustee: | (330410) STEPHEN G. BALSLEY |
| --- | --- | --- | --- |
| Case Name: | HANSEN, EDWARD W | Filed (f) or Converted (c): | 09/20/07 (f) |
| | CASH-HANSEN, CHRISTINE L | §341(a) Meeting Date: | 10/18/07 |
| Period Ending: | 04/01/08 | Claims Bar Date: | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 7751 Middle Road, South Beloit, IL | 115,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 12389 Northwoods Lane, Elcho, WI | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 616 Cranston Ave, Beloit, WI | 85,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 743 Park Ave, Beloit, WI | 100,000.00 | 0.00 | | 1,890.00 | FA |
| 5 | Associated Bank - checking account | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | First National Bank of Beloit - checking account | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Associated Bank - checking account | 1.00 | 0.00 | DA | 0.00 | FA |
| 8 | First National Bank of Beloit - savings account | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Household goods and furnishings (Wisconsin) | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Household goods furnishings in storage unit | 250.00 | 0.00 | DA | 0.00 | FA |
| 12 | Clothing | 500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Misc. jewelry and wedding rings | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1 shotgun | 100.00 | 0.00 | DA | 0.00 | FA |
| 15 | Term insurance | 1.00 | 0.00 | DA | 0.00 | FA |
| 16 | Term insurnce through employer | 1.00 | 0.00 | DA | 0.00 | FA |
| 17 | Vanguard - IRA (Husband) | 57,394.00 | 0.00 | DA | 0.00 | FA |
| 18 | Vanguard - IRA (Wife) | 3,235.00 | 0.00 | DA | 0.00 | FA |

Printed: 04/01/2008 11:29 AM V.10.03

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case Number:** 07-72249 MB  
**Case Name:** HANSEN, EDWARD W  
CASH-HANSEN, CHRISTINE L  
**Period Ending:** 04/01/08

**Trustee:** (330410)  STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/20/07 (f)  
**§341(a) Meeting Date:** 10/18/07  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | Associated Bank - IRA (Wife) | 636.00 | 0.00 | DA | 0.00 | FA |
| 20 | Amcore Bank - Rosecrance Retirement Account | 3,223.00 | 0.00 | DA | 0.00 | FA |
| 21 | Hansen & Associates, LLC | 1.00 | 0.00 | DA | 0.00 | FA |
| 22 | 2002 Toyota Trundra | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 23 | 2007 Ford Focus | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 24 | 2' fishing boat., broken motor and trailer | 100.00 | 0.00 | DA | 0.00 | FA |
| 25 | 1 canoe | 50.00 | 0.00 | DA | 0.00 | FA |
| 26 | 1 dog, 1 cat | 25.00 | 0.00 | DA | 0.00 | FA |
| 27 | Yard and garden implements | 200.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.40 | FA |
| 28 | Assets    Totals (Excluding unknown values) | $519,967.00 | $0.00 | | $1,892.40 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** May 1, 2008

**Current Projected Date Of Final Report (TFR):** April 1, 2008 (Actual)

Printed: 04/01/2008 11:29 AM  V.10.03


EXHIBIT B

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-72249 MB
**Case Name:** HANSEN, EDWARD W
CASH-HANSEN, CHRISTINE L
**Taxpayer ID #:** 13-7580792
**Period Ending:** 04/01/08

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*81-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/07 | {4} | Brittany Hoffman | Rent payment | 1122-000 | 225.00 | | 225.00 |
| 10/31/07 | {4} | Brittany L. Hoffman | Rent payment | 1122-000 | 225.00 | | 450.00 |
| 10/31/07 | {4} | Mary burnett | Rent payment | 1122-000 | 180.00 | | 630.00 |
| 10/31/07 | {4} | Mary Burnett | Rent payment | 1122-000 | 180.00 | | 810.00 |
| 11/12/07 | {4} | Mary Burrett | Rent payment | 1122-000 | 180.00 | | 990.00 |
| 11/26/07 | {4} | Anselmo Hernandez | Rent | 1122-000 | 150.00 | | 1,140.00 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.46 | | 1,140.46 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.58 | | 1,141.04 |
| 01/03/08 | {4} | County of Rock/State of Wisconsin | Rent payment for Cheryl-Hagen-Koch | 1122-000 | 300.00 | | 1,441.04 |
| 01/18/08 | {4} | County of Rock/State of Wisconsin | Rent - Yvette Hagen | 1122-000 | 300.00 | | 1,741.04 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.65 | | 1,741.69 |
| 02/22/08 | {4} | County of Rock - State of Wisconsin | Rent payment from Cheryl Hagen-Koch | 1122-000 | 150.00 | | 1,891.69 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.36 | | 1,892.05 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.35 | | 1,892.40 |
| 04/01/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1700% | 1270-000 | 0.00 | | 1,892.40 |
| 04/01/08 | | To Account #\*\*\*\*\*\*\*\*8166 | Transfer funds from MMA to checking account | 9999-000 | | 1,892.40 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,892.40 | 1,892.40 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 1,892.40 | |
| | | | **Subtotal** | | 1,892.40 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,892.40** | **$0.00** | |

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 04/01/2008 11:29 AM   V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-72249 MB
**Case Name:** HANSEN, EDWARD W
CASH-HANSEN, CHRISTINE L
**Taxpayer ID #:** 13-7580792
**Period Ending:** 04/01/08

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****81-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/08 | | From Account #*******8165 | Transfer funds from MMA to checking account | 9999-000 | 1,892.40 | | 1,892.40 |
| | | | ACCOUNT TOTALS | | 1,892.40 | 0.00 | $1,892.40 |
| | | | Less: Bank Transfers | | 1,892.40 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****81-65 | 1,892.40 | 0.00 | 0.00 |
| Checking # ***-*****81-66 | 0.00 | 0.00 | 1,892.40 |
| | $1,892.40 | $0.00 | $1,892.40 |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 04/01/2008 11:29 AM    V.10.03