Case Name: HANSEN, EDWARD W.
              CASH-HANSEN, CHRISTINE L.
Case No:   07-72249

## **CERTIFICATION OF REVIEW**

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: April 3, 2008                    WILLIAM T. NEARY
                                         United States Trustee, Region 11


                                  BY:   */s/ Carole J. Ryczek*
                                           CAROLE J. RYCZEK
                                           Attorney for the U.S. Trustee