IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
HANSEN, EDWARD W
CASH-HANSEN, CHRISTINE L

CASE NO. 07-72249 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: XXX-XX-1433; XXX-XX-1491

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO:  The Debtor(s), Creditors, and other Parties in Interest:

1.    NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

   At:    U.S. BANKRUPTCY COURT
          211 South Court Street, Room 115
          Rockford, IL 61101

   on:    <u>May 14, 2008</u>
   at:    <u>9:30 a.m.</u>

2.    The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.    The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| STEPHEN G. BALSLEY Trustee | $ 0.00 | $ 244.78 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 1,483.40 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ | 164.22 |

4.    The Trustee's Final Report shows total:

   a. Receipts                              $          1,892.40

   b. Disbursements                         $              0.00

   c. Net Cash Available for Distribution   $          1,892.40

5.    In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $41,872.02. Assuming that all fees, compensation and expenses are allowed in the

amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $522,162.83, resulting in an approximate distribution of 0.00% to unsecured creditors.

6.      The debtor has been discharged.

7.      The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:    April 1, 2008

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108
815/962-6611

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: jshores           Page 1 of 2          Date Rcvd: Apr 04, 2008
Case: 07-72249                Form ID: pdf002         Total Served: 33


The following entities were served by first class mail on Apr 06, 2008.
db           +Edward W Hansen,   7751 Middle Rd,   South Beloit, IL 61080-9449
jdb          +Christine L Cash-Hansen,   7751 Middle Rd,   South Beloit, IL 61080-9449
aty          +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
tr           +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
11621278     +Advantage Leasing Co.,   % Attorney Robert H. Storm,   1011 North Mayfair Rd. - Suite 200,
              Milwaukee, WI 53226-3431
11621279     +Associated Bank,   1305 Main Street,   Stevens Point, WI 54481-2898
11621280     +Attorney Scott M. Boyd,   One Court Place - Suite 302,   Rockford, IL 61101-1042
11878986     +BLC Community Bank,   c/o Attorney Paul S. Godlewski,   One Court Place, Suite 103,
              Rockford, IL 61101-1042
11621282      BLC Community Bank,   C/O DiRenzo & Bomier LLC,   PO Box 788,   Neenah, WI 54957-0788
11621281      Benjamin W. and Emily Bastian,   453 Tarragon Drive - Apartment #3,   Kaukauna, WI 54130-3069
11621283      C and J Leasing,   PO Box 8219,   Des Moines, IA 50301-8219
11621284     +Edward N. McConnell, PLC,   3775 EP True Parkway,   West Des Moines, IA 50265-7696
11621285      Financial Pacific Leasing,   PO Box 4568,   Federal Way, WA 98063-4568
11621286     +First National Bank & Trust,   345 E Grand Ave,   Beloit, WI 53511-6226
11621287      Ford Motor Credit,   PO Box 537901,   Livonia, MI 48153-7901
11655564     +Ford Motor Credit Company LLC,   c/o Steven L Nelson,   P O Box 3700,
              Rock Island, IL 61204-3700
11621288     +Frontier Leasing,   11180 Aurora Avenue,   Urbandale, IA 50322-7903
11621290     +Gerald & Shirley Bauman,   N3502 12 Corners Road,   Appleton, WI 54913-9747
11621289      Gerald & Shirley Bauman,   c/o Silton, Seifert, Carlson et al,   331 East Washington St,
              Appleton, WI 54911-5451
11885756     +Gerald Bauman,   Shirley Bauman,   c/o Bradley J. Waller,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
11621293     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,   Centralized Insolvency Operations,
              P O Box 21126,   Philadelphia, PA 19114)
11621292     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,   Mail Stop 5010 CHI,   230 S. Dearborn St.,
              Chicago, IL 60604)
11621294      James E. and Barbara O. Vander May,   3753 West Ivy Street,   Dunnellon, FL 34433
11621295      James E. and Barbara O. Vander Mey,   3753 West Ivy Street,   Dunnellon, FL 34433
11621296     +Keith & Amy Ristow,   2079 Ridgecrest Lane,   Menasha, WI 54952-9459
11810821     +NetBank Business Finance,   PO Box 2597,   Columbia, SC 29202-2597
11621297     +NetBank Business Finance, Inc.,   % Kenneth B. Drost, PC,   111 Lions Drive - Suite 206,
              Barrington, IL 60010-3175
11621298      Republic Leasing,   PO Box 8219,   Des Moines, IA 50301-8219
11621299     +Rock County Treasurer,   PO Box 1975,   Janesville, WI 53547-1975
11844300     +Sallie Mae,   c/o Sallie Mae Inc,   220 Lasley Avenue,   Wilkes-Barre, Pa 18706-1496
11621300     +Sallie Mae Servicing,   PO Box 9500,   Wilkes Barre, PA 18773-9500
11621301      State of Wisconsin,   Department of Revenue,   PO Box 8901,   Madison, WI 53708-8901
11621302     +Steven Presto,   1925 Park Avenue,   New Holstein, WI 53061-1110

The following entities were served by electronic transmission.
NONE.                                                                    TOTAL: 0


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
              Rockford, IL 61108-2579
11621291*    +Gerald and Shirley Bauman,   N3502 12 Corners Road,   Appleton, WI 54913-9747
                                                                         TOTALS: 0, * 2


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: jshores          Page 2 of 2          Date Rcvd: Apr 04, 2008
Case: 07-72249                Form ID: pdf002        Total Served: 33
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2008**                    **Signature:**    _Joseph Speetjens_